FILED: May 24, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1643

(1:12-cv-02933-CCB)

_____

MICHAEL BOURNE

       Plaintiff - Appellant

v.

NORTH AMERICAN TRADE SCHOOLS

       Defendant - Appellee

_____

O R D E R

_____

The court defers consideration of the application to proceed in forma pauperis pending review of the appeal on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk