13-1643 sr

05/21/2013

# Clerk of the Court

May you please file this with my case? Thank you.

Civil Action No. 12-cv- 02933



```
          ___FILED      ___ENTERED
          ___LODGED     ___RECEIVED

              MAY 23 2013

           AT BALTIMORE
       CLERK U.S. DISTRICT COURT
         DISTRICT OF MARYLAND
       BY_____DEPUTY
```

# IN THE UNITED STATES DISTRICK COURT

## FOR THE DISTRICT OF MARYLAND

MICHAEL BOURNE,

        Plaintiff,

Vs.                                              Civil Action No. 12-CV-02933

NORTH AMERICAN TRADE SCHOOL

        Defendant.

RESPONSE TO DEFENDANTS OPISITION FOR DISMISSIAL APPEAL IN FORMA PAUPERIS

I Michael Bourne (Plaintiff), hereby file this response to Defendants motion for Dismissal.

1. Mam or sir, Judge or clerk, In my initial motion I stated that I have had no employment for the past 12 months, (year), That one time the I did get a ticket for driving with a friend for overweight, that friend was helping me out that one time do to me not having any income.

2. Months later that same friend asked me to move his vehicle from one lot to another, and I was bob tailing, Baltimore put sign up down town for trucks not to be on certain streets. So again those two times I apologize I did not classify it as employment, or self employment, a friend was helping me out.

Michael Bourne
45 Mountain Green Cir
Baltimore Maryland 21244
410-608-4433



US POSTAGE

Appeals